ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Arlington West
Twilight Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IVA REMIC TRUST 2016-17NPL3 BENEFICIAL INTEREST CERTIFICATES, SERIES 2016-17NPL3,<br><br>Plaintiff,<br><br>vs.<br><br>ZILIAN OU; SFR INVESTMENTS POOL 1, LLC; ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; DOW INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01354-APG-EJY<br><br>**STIPULATION TO EXTEND TIME FOR ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION TO FILE DISPOSITIVE MOTION**<br><br>**(FIRST REQUEST)** |

The parties, by and through their respective attorneys, stipulate as follows:

1. The deadline to file dispositive motions was October 9, 2019. ECF No. 21.

2. The parties agree to extend the time for Arlington West Twilight Homeowners Association ("HOA") to file its dispositive motion to October 10, 2019.

3. There is good cause to extend the dispositive motion deadline. Counsel for HOA is experienced a failure of the office's server and the attorney's terminal on October 9, 2019, which prevented the uploading of the HOA's motion for summary judgment and any stipulation to extend. The HOA's counsel contacted counsel for the all parties and obtained this extension. The failure was corrected on October 10, 2019, thereby allowing the HOA to

1

electronically file this stipulation and the HOA's motion. For these reasons, the HOA has demonstrated good cause to extend the dispositive motion deadline by one day to October 10, 2019, and has shown excusable neglect for the timing of this stipulation.

| Dated: October 10, 2019. | Dated: October 11, 2019. |
|---|---|
| HALL, JAFFE & CLAYTON, LLP | AKERMAN, LLP |
| By: */s/Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Arlington West Twilight Homeowners Association* | By: */s/Natalie L. Winslow*<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Tenesa S. Powell, Esq.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*U.S. Bank National Association, As Trustee, In Trust For The Benefit Of The Holders Of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3* |
| Dated: October 11, 2019.<br><br>KIM GILBERT EBRON<br><br>By: */s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

IT IS SO ORDERED.

DATED: October 15, 2019

_____
UNITED STATES DISTRICT COURT JUDGE