ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Arlington West*
*Twilight Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IVA REMIC TRUST 2016-17NPL3 BENEFICIAL INTEREST CERTIFICATES, SERIES 2016-17NPL3,<br><br>Plaintiff,<br><br>vs.<br><br>ZILIAN OU; SFR INVESTMENTS POOL 1, LLC; ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; DOW INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01354-APG-EJY<br><br>**STIPULATION TO EXTEND TIME DISPOSITIVE MOTION BRIEFING FIRST REQUEST**<br><br>**ORDER** |

The parties, by and through their respective attorneys, stipulate as follows:

1. U.S. Bank National Association ("U.S. Bank") filed its Motion for Summary Judgment on October 9, 2019 [ECF No. 35].

2. SFR Investments Pool 1, LLC ("SFR") filed its Motion for Summary Judgment October 9, 2019 [ECF No. 36].

3. Arlington West Twilight Homeowners Association ("Arlington") filed its Motion for Summary Judgment on October 10, 2019 [ECF No. 37].

4. Responses to U.S. Bank and SFR's motions are due October 30, 2019.

5. Responses to Arlington's motion are currently due October 31, 2019.

6. There is good cause to extend the response deadline for each of the motions to December 13, 2019 because counsel for the parties are all preparing for and participating in a two-week jury trial in the Eighth Judicial District Court. There is therefore good cause to extend the response deadline to December 13, 2019, a date after the expected last day of trial and after the Thanksgiving holiday. The requested extension is limited and will not unduly delay resolution of this matter.

| | |
|---|---|
| Dated: October 30, 2019.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>By: */s/Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Arlington West Twilight Homeowners Association* | Dated: October 30, 2019.<br><br>AKERMAN, LLP<br><br>By: */s/ Tenesa S. Powell*<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Tenesa S. Powell, Esq.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*U.S. Bank National Association, As Trustee, In Trust For The Benefit Of The Holders Of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3* |
| Dated: October 30, 2019.<br><br>KIM GILBERT EBRON<br><br>By: */s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 30, 2019.