ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Arlington West*
*Twilight Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IVA REMIC TRUST 2016-17NPL3 BENEFICIAL INTEREST CERTIFICATES, SERIES 2016-17NPL3,<br><br>               Plaintiff,<br><br>vs.<br><br>ZILIAN OU; SFR INVESTMENTS POOL 1, LLC; ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; DOW INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>               Defendants. | Case No.: 2:17-cv-01354-APG-EJY<br><br>**STIPULATION TO EXTEND TIME DISPOSITIVE MOTION BRIEFING SECOND REQUEST**<br><br><br>**ORDER** |

The parties, by and through their respective attorneys, stipulate as follows:

1.      U.S. Bank National Association ("U.S. Bank") filed its Motion for Summary Judgment on October 9, 2019 [ECF No. 35].

2.      SFR Investments Pool 1, LLC ("SFR") filed its Motion for Summary Judgment October 9, 2019 [ECF No. 36].

3.      Arlington West Twilight Homeowners Association ("Arlington") filed its Motion for Summary Judgment on October 10, 2019 [ECF No. 37].

4.      On October 30, 2019, the parties obtained their first extension of the deadline to respond to all three motions for summary judgment [ECF No. 41].

1

5.  The opposition deadlines were extended to December 13, 2019. ECF No. 41.

6.  U.S. Bank filed its response to Arlington's Motion for Summary Judgment on October 31, 2019 [ECF Nos. 42 and 43] – a date before the extended December 13, 2019 opposition deadline.

7.  Based on the date U.S. Bank filed its response to Arlington's motion for summary judgment [ECF No. 37], the reply is due November 14, 2019.

8.  There is good cause to extend the reply deadline for Arlington's motion for summary judgment by one week or to November 22, 2019, because (1) counsel for Arlington was preparing for a two-week trial in state court set to begin November 12, 2019. Although counsel for Arlington settled her portion of that case on November 11, 2019, Arlington requires additional time to prepare its reply.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

9. Therefore, the parties agree that there is good cause to extend the reply deadline for Arlington's motion for summary judgment to November 22, 2019. The requested extension is limited and will not unduly delay resolution of this matter.

| Dated: November 14, 2019. | Dated: November 14, 2019. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | AKERMAN, LLP |
| By: */s/Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Arlington West*<br>*Twilight Homeowners Association* | By: */s/ Tenesa S. Powell*<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Tenesa S. Powell, Esq.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for U.S. Bank National Association* |
| Dated: November 14, 2019.<br><br>KIM GILBERT EBRON<br><br>By: */s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1,*<br>*LLC* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 15, 2019.

3