# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff<br><br>v.<br><br>ZILIAN OU, et al.,<br><br>    Defendants | Case No.: 2:17-cv-01354-APG-EJY<br><br>**Order (1) Directing Entry of Judgment and (2) Granting Motions to Extend Time**<br><br>[ECF Nos. 51, 52] |

I ORDER the clerk of court to enter judgment consistent with my January 9, 2020 order (ECF No. 50).

I FURTHER ORDER that defendant SFR Investments Pool 1, LLC and plaintiff U.S. Bank National Association's motions to extend time to file notices of appeal **(ECF Nos. 51, 52) are GRANTED**. To the extent the time to appeal ran from my January 9, 2020 order even though a claim remained pending in this action, I extend the time for any party to file a notice of appeal to March 6, 2020.

DATED this 20th day of February, 2020.

                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE