NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IVA REMIC TRUST 2016-17NPL3 BENEFICIAL INTEREST CERTIFICATES, SERIES 2016-17NPL3,<br><br>Plaintiff,<br><br>v.<br><br>ZILIAN OU; SFR INVESTMENTS POOL 1, LLC; ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01354-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF THE DEADLINES TO RESPOND TO ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION'S BILL OF COSTS [ECF NO. 64] AND MOTION FOR ATTORNEYS FEES AND COSTS [ECF NO. 65]**<br><br>**(Third request)** |

Plaintiff U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3's (**U.S. Bank**) and Defendant Arlington West Twilight Homeowners Association (**Arlington**) hereby submit the following stipulation to allow U.S. Bank an additional thirty (30) days to respond to Arlington's Bill of Costs [ECF No. 64] and Motion for Attorneys Fee and Costs [ECF No. 65].

1

Arlington filed their Bill of Costs and Motion for Attorneys Fee and Costs on March 5, 2020. U.S. Bank's response deadline for both filings is March 19, 2020. US. Bank and Arlington previously stipulated to extend U.S. Bank's response deadline twice, the latest being up (14) days, up to and including April 16, 2020, which the court granted. (ECF No. 72). The parties request this additional time for potential settlement discussions, up to and including **May 16, 2020**.

This is the third request for an extension of these deadlines and is not being made for the purpose of delay.

| DATED: April 16, 2020 | DATED: April 16, 2020 |
|---|---|
| **AKERMAN LLP** | **HALL JAFFE & CLAYTON, LLP** |
| */s/ Rex D. Garner*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3* | */s/ Ashlie L. Surer*<br>ASHLIE L. SURER, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, NV 89128<br><br>*Attorney for Arlington West Twilight Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:17-cv-01354-APG-EJY

4/16/2020
DATED