ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for U.S. Bank National Association,
as Trustee, in Trust for the Benefit of the Holders
of Bayview Opportunity Master Fund IVA
REMIC Trust 2016-17NPL3 Beneficial Interest
Certificates, Series 2016-17NPL3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IVA REMIC TRUST 2016-17NPL3 BENEFICIAL INTEREST CERTIFICATES, SERIES 2016-17NPL3,<br><br>Plaintiff,<br><br>vs.<br><br>ZILIAN OU; SFR INVESTMENTS POOL 1, LLC; ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01354-APG-EJY<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

. . .

. . .

U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3 and SFR Investments Pool 1, LLC, pursuant to the order on mandate [ECF No. 97], agree to file the supplemental briefs on September 9, 2022, limited to five (5) pages.  The parties further agree that the supplemental reply briefs will be filed on September 30, 2022, limited to seven (7) pages.

DATED this 22nd day of July, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:17-cv-01354-APG-EJY

DATED: July 25, 2022

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572