# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No.: 2:17-cv-01354-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| ZILIAN OU, et al., | |
| Defendants | |

The 90-day discovery period has closed. ECF No. 122.

I ORDER that by July 28, 2023, the parties shall file a joint status report or stipulation as to how the case should proceed, including deadlines for dispositive motions and the proposed joint pretrial order.

DATED this 5th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE