ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IVA REMIC TRUST 2016-17NPL3 BENEFICIAL INTEREST CERTIFICATES, SERIES 2016-17NPL3,<br><br>Plaintiff,<br><br>vs.<br><br>ZILIAN OU; SFR INVESTMENTS POOL 1, LLC; ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01354-APG-EJY<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

. . .

. . .

71911721;1

U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3 and SFR Investments Pool 1, LLC, pursuant to ECF No. 125, agree for SFR to file its supplemental opening brief on **September 29, 2023**. The parties further agree for U.S. Bank to file its supplemental answering brief on **October 20, 2023**, and for SFR to file its supplemental reply brief on **November 10, 2023**. The parties select these dates based on the Ninth Circuit preliminary injunction appeal (rehearing due August 11, 2023) and forthcoming non-judicial foreclosure sale (August 8, 2023). The parties prefer to continue briefing deadlines to the fall to give the parties time to discuss settlement after the sale. If the parties are unable to reach a settlement, the parties believe that the arguments will be better briefed with additional time. The parties agree these dates were selected in good faith and are not meant to prejudice either party.

DATED this 25th day of July, 2023.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Scott R. Lachman<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:17-cv-01354-APG-EJY

DATED: July 26, 2023

{65161926;1}   2