KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IVA REMIC TRUST 2016-17NPL3 BENEFICIAL INTEREST CERTIFICATES, SERIES 2016-17NPL3,<br><br>Plaintiff,<br><br>vs.<br><br>ZILIAN OU; SFR INVESTMENTS POOL 1, LLC; ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01354-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>**(First Request)** |

U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3 and SFR Investments Pool 1, LLC, hereby agree that SFR shall have until October 9, 2023 to file its supplemental opening brief. The current deadline is September 29, 2023. The parties further agree, U.S. Bank shall have until October 30, 2023 to file its answering brief. The current deadline is October 20, 2023. The parties further agree SFR shall have until November 17, 2023 to file its reply. The current deadline is November 10, 2023.

- 1 -

The parties are still discussing settlement. Additionally, counsel for SFR has four oral arguments before the Ninth Circuit on October 2, 2023 and the preparation for same interfered with her ability to complete the supplemental brief by the current deadline. This extension is not sought in bad faith or to prejudice any party.

DATED this 29th day of September, 2023.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Scott R. Lachman*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for U.S. Bank National Association, as Trustee, in Trust for the Benefit of the Holders of Bayview Opportunity Master Fund IVA REMIC Trust 2016-17NPL3 Beneficial Interest Certificates, Series 2016-17NPL3* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110 Las Vegas, NV 89139<br>*Attorney for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:17-cv-01354-APG-EJY
DATED: October 2, 2023



- 2 -